UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 12-205 |
| KAVIS J. OCTAVE | SECTION I |

### ORDER

Before the Court is a motion for acquittal filed pursuant to Federal Rule of Criminal Procedure 29 on behalf of defendant, Kavis J. Octave.[1] The government has filed an opposition.[2]

"A motion for judgment of acquittal challenges the sufficiency of the evidence to convict." *United States v. Lucio*, 428 F.3d 519, 522 (5th Cir. 2005) (quoting *United States v. Medina*, 161 F.3d 867, 872 (5th Cir. 1998)). "[T]he relevant question is whether, after viewing the evidence in the light most favorable to the prosecution, any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt." *United States v. Thomas*, 690 F.3d 358, 366 (5th Cir. 2012) (quoting *Jackson v. Virginia*, 443 U.S. 307, 319, 99 S. Ct. 2781, 61 L .Ed. 2d 560 (1979)). This Court has carefully reviewed the arguments raised by the parties in their memoranda, the evidence submitted at trial, and the law. After viewing the evidence in the light most favorable to the prosecution, the Court finds that a rational trier of fact

---

[1] R. Doc. No. 66.
[2] R. Doc. No. 68.

could have found beyond a reasonable doubt the essential elements of the crimes forming the basis of the convictions returned in this case. Accordingly,

    **IT IS ORDERED** that defendant's motion for acquittal is **DENIED**.

New Orleans, Louisiana, December 7, 2012.

                                                LANCE M. AFRICK
                                    UNITED STATES DISTRICT JUDGE